

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

GOKOEV DZANSIR,

Petitioner,

v.

JEREMY CASEY, Warden, Imperial Regional Detention Facility; KRISTI NOEM, Secretary of the U.S. Department of Homeland Security; PAMELA BONDI, Attorney General of the United States; TODD LYONS, Director of U.S. Immigration and Customs Enforcement,

Respondents.

Case No.:  26cv2127 DMS AHG

**ORDER REQUIRING RESPONSE**

On April 3, 2026, Petitioner filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.  Respondents shall file their response to the Petition on or before **April 14, 2026**.  Petitioner shall file his reply on or before **April 17, 2026**.  Unless the Court orders otherwise, the matter will be submitted on the papers without oral argument.

To maintain the status quo, Respondents, their officers, agents, servants, employees, attorneys, and other persons who act in concert or participation with Respondents **MUST NOT** transfer Petitioner outside the Southern District of California pending the Court's resolution of the Petition.  *See Doe v. Bondi*, Case No.: 25-cv-805-BJC-JLB, 2025

26cv2127 DMS AHG

WL 1870979 at *1 (S.D. Cal. June 11, 2025) ("Federal courts retain jurisdiction to preserve the status quo while determining whether [they have] subject matter jurisdiction over a case and while a petition is pending resolution from the court.") (collecting cases).

**IT IS SO ORDERED**.

Dated:  April 7, 2026

_____
Hon. Dana M. Sabraw
United States District Judge

26cv2127 DMS AHG